■ CHRISTOPHER A. MILCZARSKI, as Administrator of the Estate of MARK A. MILCZARSKI, Deceased, Respondent, v MICHAEL K. WALASZEK et al., Appellants, et al., Defendants. (Appeal No. 1.) [968 NYS2d 921]—Appeal from an order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered October 26, 2011. The order, insofar as appealed from, denied the motion of defendants Michael K. Walaszek and K.W. Auto & Sales Inc., for summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985, 985 [1990]). Present—Centra, J.P., Fahey, Carni and Sconiers, JJ.